UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| DRAVEN GREENE, | ) | |
| | ) | |
| Petitioner, | ) | No. 5:19-cr-00153-GFVT-CJS |
| | ) | No. 5:22-cv-00176-GFVT-CJS |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Draven Greene's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 [R. 68] is **DENIED**. Judgment is entered in favor of the United States of America with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 27th day of January, 2025.

Gregory F. Van Tatenhove
United States District Judge